**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:                                       )
                                             )
Beverly Terry Jenkins                        )
            Debtor.                          )    Case No. 15-13948
_____)            Chapter 13

Motion By Debtor to Convert Case From Chapter 13 to Chapter 11

COMES NOW Beverly Terry Jenkins, Debtor, by counsel, and motions this Court to Convert her Petition to a Chapter 11. In support of his Motion to Convert, Debtor states:

1. This is a first conversion of his bankruptcy petition;

2. Debtor possesses substantial assets;

3. Debtor does not qualify for Ch. 13; and,

4. Chapter 7 is not appropriate for Debtor's circumstances.

WHEREFORE, Debtor preys that this Court grant Debtor's Motion to convert the petition to Ch. 11.

Respectfully,

Beverly Terry Jenkins
by counsel

_____/s/ Patrick R Blasz_____
Patrick R. Blasz
VSB # 43430
Law Offices of Patrick R. Blasz, LLC
11490 Commerce Park Drive, Suite 240
Reston, Virginia 20191
Counsel for Debtor
(703) 362-2781 phone
(866) 459-7709 fax

# CERTIFICATE OF SERVICE

  I certify that on January 6, 2016, I served a copy of the foregoing Motion By Debtor to Convert Case From Chapter 13 to Chapter 11 on the parties listed below who are not eligible for service through the Court's CM/ECF system, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail pursuant to Local Bankruptcy Rules 1009-1(A) and 5005(C)(8). CERTIFICATE OF SERVICE and I certify that on January 4, 2016, I served a copy of the foregoing Motion By Debtor to Convert Case From Chapter 13 to Chapter 11 on all parties so eligible through the Court's CM/ECF system.

/s/ Patrick R. Blasz
Debtor's Attorney

TO:

| | | |
|---|---|---|
| **Patient First**<br>P.O. Box 758941<br>Baltimore, MD 21275 | **Insight Health Corporation**<br>P.O. Box 74239<br>Atlanta, GA 30374 | **Fairfax Radiological Consultants, P.C**<br>2722 Marrilee Drive, Suite 230<br>Fairfax, VA 22031 |
| **Capital Women's Care, LLC**<br>P.O. Box 791208<br>Baltimore, MD 21279 | **Dominion Electric**<br>P.O. Box 2337<br>Waterloo, IA 50704 | **T-Mobile**<br>P.O. Box 742596<br>Cincinnati, OH 45274 |
| **Dish**<br>P.O. Box 7203<br>Pasadena, CA 91109 | **GMAC**<br>P.O. Box 78369<br>Phoenix, AZ 85062 | **Haymarket Veterinary Services**<br>10400 Eaton Place, Suite 420<br>Fairfax, VA 22030 |
| **Northern Virginia Electrical Cooperative**<br>P.O. Box 34795<br>Alexandria, VA 22334 | **Town of Nags Head Water Department**<br>P.O. Box 99<br>Nags Head, NC 27959 | **Department of Taxation**<br>P.O. Box 10202<br>Fairfax, VA 22035 |
| **Charter Communications**<br>P.O. Box 742600<br>Cincinnati, OH 45274 | **Kevin Carver**<br>P.O. Box 2<br>Camden, NC 27921 | **AMCA Agency**<br>P.O. Box 1235<br>Elmsford, NY 10523 |
| **Select Portfolio Servicing**<br>P.O. Box 65250<br>Salt Lake City, UT 84165 | **OCWEN Loan Servicing, LLC**<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | **NationStar**<br>P.O. Box 619063<br>Dallas, TX 75261 |

Dated: January 6, 2016              /s/ Patrick R Blasz
                      Patrick R Blasz
                      Counsel